# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Watts

V.

Decision One Mortgage Company, LLC et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09-cv-00139-JM-BLM

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Saxon's Motion for Judgment on the Pleadings is granted. Accordingly, Plaintiff's claims for negligence and negligent infliction of emotional distress against Saxon are dismissed. The court instructs the Clerk of Court to enter judgment in favor of Saxon...............................................................................
...................................................................................................................................................
...................................................................................................................................................

| July 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON July 14, 2009

09cv139-JM(BLM)